IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEO Z. TARR,

        Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

Civil Action No. 08-1454

Judge Lancaster

**Electronic Filing**

## **ORDER**

AND NOW, this 18th day of June, 2009, upon consideration of FedEx Ground's Motion to Compel Written Discovery Responses, and for the reasons stated in support of the Motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff shall answer Defendant's First Set of Interrogatories completely, in writing, and under oath, and provide documents responsive to Defendant's First Requests for Production of Documents on or before July 1, 2009.

_____
Gary L. Lancaster
United States District Court Judge